1  OLIVIA GOODKIN (SBN 100800)
   ogoodkin@rutterhobbs.com
2  GREGORY J. SATER (SBN 157486)
   gsater@rutterhobbs.com
3  NANCY C. MORGAN (SBN 205430)
   nmorgan@rutterhobbs.com
4  RUTTER HOBBS & DAVIDOFF
     INCORPORATED
5  1901 Avenue of the Stars
   Suite 1700
6  Los Angeles, CA 90067
   Telephone:  (310) 286-1700
7  Facsimile:  (310) 286-1728
   gsater@rutterhobbs.com
8
   Attorneys for Plaintiffs
9  ZOE MARKETING, INC.,
   VICTORY TEAM APPAREL INC.,
10 and CAMPUS TEAM WEAR, INC.

11

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14  ZOE MARKETING, INC., a Nevada      )  Case No. CV09-7495 SVW
    corporation; VICTORY TEAM APPAREL  )           (MANx)
15  INC., a California corporation; and )
    CAMPUS TEAM WEAR, INC., a          )  COMPLAINT FOR DECLARATORY
16  California corporation,            )  JUDGMENT UNDER 28 USC §§ 2201
                                       )  *et seq.*
17              Plaintiffs,            )
                                       )  DEMAND FOR JURY TRIAL
18  v.                                 )
                                       )
19  VARSITY BRANDS, INC., a Delaware   )
    corporation,                       )
20                                     )
                Defendant.             )
21                                     )
                                       )
22  _____)

23       Plaintiffs alleges:

24                   I.      THE PARTIES

25       1.      Plaintiff Zoe Marketing, Inc. ("Zoe") is a Nevada corporation with

26  its principal place of business in San Diego, California in the County of San

27  Diego, California.  Zoe does business within this judicial district.

28  //

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S
{7992.001-596277.DOC-(1)}                    -1-
_____
          COMPLAINT FOR DECLARATORY JUDGMENT

2.     Plaintiff Victory Team Apparel Inc. ("VTA") is a California corporation with its principal place of business in San Diego, California in the County of San Diego, California.  VTA does business within this judicial district.

3.     Plaintiff Campus Team Wear, Inc. ("Campus Team Wear") is a California corporation with its principal place of business in San Diego, California in the County of San Diego, California.  Campus Team Wear does business within this judicial district.

4.     Zoe owns the trademarks at issue in this lawsuit.  Plaintiffs VTA and Campus Team Wear are licensees of the trademarks and, as such, Plaintiffs all have a material interest in the declaratory judgment sought herein.  Zoe, VTA and Campus Team Wear shall be referred to collectively as "Plaintiffs."

5.     On information and belief, Defendant Varsity Brands, Inc. ("Varsity Brands" or "Defendant") is a Delaware corporation with its principal place of business in Memphis, Tennessee.  On information and belief, Varsity Brands does business in California and within this judicial district and is subject to personal jurisdiction based on its actions including the advertising, marketing and selling of products to persons and entities within this district.

## II.     <u>JURISDICTION AND VENUE</u>

6.     This action arises under 28 USC §§ 2201 *et seq*.  It seeks declaratory relief from this Court, as to the rights and other legal obligations of the parties. It arises as a result of Varsity Brands' accusation against Zoe, accusing it of violating the Lanham Act, 15 USC §§ 1051, *et seq*. [sic]  A true and correct copy of Varsity Brands' demand letter is attached to this Complaint as Exhibit A and is incorporated herein, by this reference, in its entirety.

7.     This Court has jurisdiction over the subject matter of this action pursuant to the provisions of 28 USC §§ 2201, *et seq*. (Declaratory Judgment) and 28 USC § 1332 (Diversity).  There is an actual case or controversy within

//

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

{7992.001-596277.DOC-(1)}

-2-

COMPLAINT FOR DECLARATORY JUDGMENT

1   the Court's jurisdiction as to whether or not Plaintiffs are committing trademark

2   infringement, false designation of origin, or other related wrongs, as alleged in

3   Varsity Brands' demand letter.  There is diversity of citizenship as Plaintiff Zoe

4   is a citizen of Nevada and California; Plaintiffs VTA and Campus Team Wear are

5   citizens of California; and Varsity Brands is a citizen of Tennessee and

6   Delaware.  The amount in controversy exceeds $75,000, exclusive of interest

7   and costs, as the value to Plaintiffs of the activities which Varsity Brands seeks

8   to enjoin exceeds said sum.  Additionally, alternatively, this Court also has

9   jurisdiction under the trademark laws of the United States, 15 USC §§ 1114 and

10  1125(a), given the accusations of trademark infringement and false designation

11  of origin against Plaintiffs, and thus also has additional jurisdiction under 28

12  USC § 1331 (Federal Question).

13         8.     Venue properly lies with this Court under 28 USC §§ 1391(a), (b),

14  and (c).  This is a judicial district in which a substantial part of the events giving

15  rise to the claim occurred, and where all of the parties do substantial business.

16  This also is a judicial district in which Varsity Brands is subject to personal

17  jurisdiction.

### III.   <u>GENERAL ALLEGATIONS</u>

19         9.     Zoe is the owner of intellectual property related to the CHASSÉ

20  trademark, which is used in connection with clothing, accessories and footwear

21  in the cheerleading industry.  VTA and Campus Team Wear are licensees of the

22  intellectual property and for nearly six years have been manufacturing,

23  advertising, marketing and selling cheerleading clothing, accessories and

24  footwear in the United States and abroad.

25         10.    Zoe is the owner of the word trademark CHASSÉ, which is

26  registered with the United States Patent and Trademark Office ("PTO") as

27  Registration No. 2,775,620 (the "Registered Mark").  A true and correct copy of

28  //

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

{7992.001-596277.DOC-(1)}

-3-

COMPLAINT FOR DECLARATORY JUDGMENT

1 the print-out of the registration as shown on the PTO web site is attached

2 hereto as Exhibit B and is incorporated herein by this reference.  In addition,

3 Zoe owns the common law trademark and slogan included on Exhibit C, which

4 Exhibit is incorporated herein by this reference.  The trademark consists of a

5 triangle with the registered word CHASSÉ, and a figure of a cheerleader.  The

6 slogan utilized by Zoe is LOOK FOR THE TRIANGLE.  The triangle mark and the

7 LOOK FOR THE TRIANGLE slogan shall hereafter be referred to collectively as

8 the "Common Law Marks".  The Registered Mark and Common Law Marks shall

9 hereafter be collectively referred to as the "Plaintiffs' Marks."

10       11.    Varsity Brands also sells cheerleading clothing and accessories, and

11 is a direct competitor of Plaintiffs.

12       12.    On or about September 30, 2009, Varsity Brands sent a demand

13 letter to Zoe.  In the letter, which is attached hereto as Exhibit A, Varsity Brands

14 alleges that it is the owner of a "Triangle Mark", U.S. Registration No.

15 2,357,303, and that the Triangle Mark's placement on the bottom left corner of

16 its cheerleader uniform tops and bottoms constitutes another mark, referred to

17 as the "Corner Mark".  The Triangle Mark and Corner Mark are hereafter

18 collectively referred to as "Defendant's Marks".  Varsity Brands contends that

19 Plaintiffs' Marks infringe on Defendant's Marks and that Plaintiffs' Marks are

20 confusingly similar to its marks.  Based on its assertion of "trademark rights,"

21 Varsity Brands demands that "Chassé" immediately cease and desist from any

22 use of the Plaintiffs' Marks.  Varsity Brands also demands that "Chassé" identify

23 the number of units of the allegedly infringing products manufactured,

24 imported or supplied; the number of units sold or distributed by "Chassé", the

25 number of goods remaining in inventory, and any other promotional or other

26 uses of the allegedly infringing marks.  Varsity Brands also demands payment of

27 a sum in an amount to be discussed.  The letter states that if Plaintiffs fail to

28 //

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

-4-

COMPLAINT FOR DECLARATORY JUDGMENT

{7992.001-596277.DOC-(1)}

comply, "further steps" will be taken to protect "its value intellectual property." In the letter, Varsity Brands' deadline for compliance was said to be October 7, 2009.

13.    Plaintiffs disagree with Varsity Brands' contentions for numerous reasons including, but not limited to, the following:  (a)  there is no likelihood of confusion between any of Defendant's Marks and Plaintiffs' Marks, including the placement and style of the respective Marks; and (b)  Defendant's employees and representatives have been purchasing and re-selling Plaintiffs' cheerleading clothing, footwear and accessories since 2005; therefore, Defendant has been well aware of the existence of Plaintiffs' Marks in the marketplace.  Varsity Brands has therefore waived its rights to pursue any claim against Plaintiffs for use of the Plaintiffs' Marks and/or has acquiesced in the use of Plaintiffs' Marks; and/or is estopped from asserting such claims.  Varsity Brands is also barred from bringing a claim due to laches.

### IV.    COUNT ONE
(Declaratory Judgment)

14.    Plaintiffs incorporate herein by this reference all of the allegations of the preceding paragraphs, as though fully set forth herein.

15.    An actual controversy has arisen and now exists between Plaintiffs and Varsity Brands with regard to the existence, nature, and extent of any of Plaintiffs' rights, or lack thereof, to use Plaintiffs' Marks.  The Court can and should issue declaratory relief pursuant to 28 USC §§ 2201 *et seq*.

### V.    PRAYER FOR RELIEF

WHEREFORE Plaintiffs pray for judgment in its favor as follows, against Varsity Brands:

A.    That the Court declare the parties' respective rights and interests pursuant to the Court's powers under 28 USC §§ 2201 *et seq*.;

//

-5-

COMPLAINT FOR DECLARATORY JUDGMENT

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

{7992.001-596277.DOC-(1)}

B.    That the Court declare that Plaintiffs' Marks and Defendant's Marks and their indicia of origin are different and distinguishable; that the Court declare that there is no likelihood of confusion; that the Court declare that Varsity Brands is barred from pursuing any claim against Plaintiffs based on the theories of acquiescence, waiver, estoppel and/or laches; and that Plaintiffs have violated no rights of Varsity Brands;

C.    That the Court declare that Varsity Brands is not entitled to any relief of any kind as against Plaintiffs, including, but not limited to, any injunctive relief.

D.    For Plaintiffs' costs of suit and reasonable attorneys' fees; and

E.    For such other relief as the Court finds appropriate.

DATED:  October 15, 2009

RUTTER HOBBS & DAVIDOFF
  INCORPORATED

By _____
Olivia Goodkin
Attorneys for Plaintiffs
ZOE MARKETING, INC., VICTORY
TEAM APPAREL, INC., and
CAMPUS TEAM WEAR, INC.

COMPLAINT FOR DECLARATORY JUDGMENT

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

{7992.001-596277.DOC-(1)}

## DEMAND FOR JURY TRIAL

Plaintiffs request a trial by jury on any and all issues that are so triable.

DATED:  October 15, 2009

RUTTER HOBBS & DAVIDOFF
INCORPORATED

By _____
Olivia Goodkin
Attorneys for Plaintiff
ZOE MARKETING, INC., VICTORY
TEAM APPAREL, INC., and
CAMPUS TEAM WEAR, INC.

-7-

COMPLAINT FOR DECLARATORY JUDGMENT

{7992.001-596277.DOC-(1)}

# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

Ariana S. Cohen
Direct (212) 790-9237
asc@cll.com

September 30, 2009

**Via Fed Ex**

Chassé Cheer/Zoe Marketing, Inc.
9389 Dowdy Drive, Suite D
San Diego, Nevada 92126
Attn: President

Re:   Infringement of Varsity Triangle Trademark

Dear Sir or Madam:

We are outside intellectual property counsel to Varsity Brands, Inc. ("Varsity").  As you are likely aware, for more than 50 years, our client's VARSITY brand has been the leading name in cheerleading apparel and accessories.  Since 1988, Varsity's uniform products have also bore its distinctive Varsity Triangle logo trademark shown on the attached page ("Triangle Mark") and such Triangle Mark is applied in nearly all instances to its uniforms in the same place, namely on the bottom left corner of its cheerleader uniform tops and bottoms ("Corner Mark").  Thus, the placement of the Triangle Mark is also a trademark of Varsity's as customers, upon seeing the Triangle Mark in such placement are immediately aware that the product is a genuine product having its source in Varsity.

Varsity federal trademark registrations for its Triangle Mark, namely U.S. Registration Nos. 2357303, which has become incontestable.  As a result of decades of successful use, promotion and publicity, Varsity's Triangle Mark and its Corner Mark has achieved considerable goodwill and recognition among the consuming public and known for indicating products emanating from the premier apparel company in the U.S.

We have just discovered that your company is marketing and advertising on your website and brochure products bearing a triangle logo and using the slogan "Look for the Triangle" (the "Infringing Products").  A copy of the brochure is attached.

25894/000/1134006.1

**EXHIBIT** _A_

From: 8584080914     Page: 3/9     Date: 10/1/2009 4:14:38 PM

**Cowan, Liebowitz & Latman, P.C.**
Chassé Cheer/Zoe Marketing, Inc.
September 30, 2009
Page 2

It is thus readily apparent that Chassé has not only infringed our client's trademark with a copy of its Triangle Mark, but deliberately applies such mark to the exact place on cheerleading uniforms where Varsity places its Triangle Mark. Chassé's application of a copy of our client's mark to identical goods creates a grave risk of consumer confusion between the marks and companies behind them. Such conduct violates the Lanham Act, 15 U.S.C. §1051, et seq., and corresponding state unfair competition laws, and subjects Chasse to preliminary and permanent injunctive relief, monetary damages in the form of Chasse's profits from the infringement and/or our client's actual damages, and attorney's fees. Your use of "Chassé" within the triangle does not lessen, but instead adds to the confusion, since consumers will believe, incorrectly, that Chassé is somehow associated with Varsity.

Varsity accordingly demands that Chassé:

1. Cease immediately from any further manufacture, sale, promotion or distribution of the Infringing Products;

2. Cease immediately from any use of the Varsity Triangle Mark, the Look for the Triangle slogan, the Corner Mark, or any confusingly similar variant thereof on any products or services;

3. Identify (a) the number of units of the Infringing Products manufactured, imported or otherwise supplied to Chassé; (b) the number of such units sold or distributed by Chassé and the corresponding dollar amounts received for such sales; (c) the number of such units remaining in inventory; and (d) any other promotional or other uses of the Infringing Mark on any goods or services; and

4. Make payment to our client in an amount to be discussed.

Please respond immediately to the undersigned to confirm that the above steps have been taken. If we do not receive a response within 7 days of the date of this letter, we shall advise our client to take such further steps as it deems necessary to protect its valuable intellectual property.

This letter is written without prejudice to any of Varsity's rights and remedies, all of which are expressly reserved.

Sincerely,

Ariana S. Cohen

Enclosure

cc:   Varsity Brands, Inc.

25894/000/1134006.1

**EXHIBIT** _A_

Look for the Triangle.

# Choose Chassé.

uniforms   practice wear   body wear   warm ups   accessories   shoes







www.chassecheer.com

10

EXHIBIT A



# At Chassé,™
# We Understand Cheerleaders.

*Look for the Triangle.*
## Choose Chassé.

**W**e know that cheerleading is an extreme sport that requires performance products and specialty styles. We seek to embody the true spirit of the cheerleader athlete, by providing affordably priced, high performance, top quality apparel and accessories developed just for cheerleaders. This is why we've designed innovative products from authentic uniforms, to unique practice wear, from cute and contemporary cheer accessories, to specialty body basics, shoes and pom pons.

Chassé™ bodysuits and briefs are made with C-dri® moisture management fabric. Clothing made with C-dri fabric keeps you cool and dry. These performance fibers are made to dry faster and keep moisture away from skin, while retaining their soft and flexible qualities.



## www.chassecheer.com

**EXHIBIT ___A___**



# GET INTO GEAR
## WITH
# OMNI CHEER!

Omni Cheer has been serving cheerleaders with custom designs and original camp outfits for over 30 years. We offer the highest quality brand name apparel, accessories and more. Every item we sell is guaranteed to be the lowest price you'll find and our quality is unbeatable.

Shop online
**www.omnicheer.com**

**FREE SHIPPING!**



Look for the Triangle. Choose Chassé. Check out our new website at www.chassecheer.com

**SOCKS**
Knee High Sock only **$4.75**

**NEW! Flip Crew Sock** only **$3.95**



**BODY BASICS**
Stand Out

Bodysuit starting at **$12.95**



**Warm-Up Sets** starting at **$35.95**

Powerful



**BAGS** starting at only **$7.95**



Ready-Ok!



12

**EXHIBIT___A___**



# At Chassé,™
# We Understand Cheerleaders.

*Look for the Triangle.*
## *Choose Chassé.*

**W**e know that cheerleading is an extreme sport that requires performance products and specialty styles. We seek to embody the true spirit of the cheerleader athlete, by providing affordably priced, high performance, top quality apparel and accessories developed just for cheerleaders. This is why we've designed innovative products from authentic uniforms, to unique practice wear, from cute and contemporary cheer accessories, to specialty body basics, shoes and pom pons.

Chassé™ bodysuits and briefs are made with C-dri® moisture management fabric. Clothing made with C-dri fabric keeps you cool and dry. These performance fibers are made to dry faster and keep moisture away from skin, while retaining their soft and flexible qualities.



# www.chassecheer.com

**EXHIBIT** _A_



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Sep 29 04:02:10 EDT 2009*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | V VARSITY |
| **Goods and Services** | IC 025. US 022 039. G & S: cheerleader uniforms, drill team uniforms and pom pon squad uniforms. FIRST USE: 19881101. FIRST USE IN COMMERCE: 19881101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.03 - Incomplete rectangles; Rectangles (incomplete) <br> 26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 75704039 |
| **Filing Date** | May 13, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 21, 2000 |
| **Registration Number** | 2357303 |
| **Registration Date** | June 13, 2000 |
| **Owner** | (REGISTRANT) Varsity Spirit Corporation CORPORATION TENNESSEE SUITE 300 6745 LENNOX CENTER COURT Memphis TENNESSEE 38115 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Grady M. Garrison |
| **Prior Registrations** | 1752630 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**EXHIBIT ___A___**          9/29/2009

**Affidavit Text**       SECT 15. SECT 8 (6-YR).
**Live/Dead Indicator** LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT** _A_

9/29/2009

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,775,620

Registered Oct. 21, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# CHASSÉ

ZOE MARKETING, INC. (NEVADA CORPORATION)
2961 INDUSTRIAL ROAD
LAS VEGAS, NV 89109

FOR: CLOTHING, NAMELY ACTIVE WEAR CONSISTING OF– BRASSIERES, BRIEFS AND UNDERWEAR, GYM SUITS, BODY SUITS, JOGGING SUITS, SWEAT AND WARM-UP SUITS, SWEAT SHIRTS, SWEATERS, SHIRTS, TOPS, TEE-SHIRTS, PANTS, SKIRTS, SKORTS AND SHORTS, SOCKS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-26-2002; IN COMMERCE 8-26-2002.

SER. NO. 78-158,639, FILED 8-28-2002.

KATHY DE JONGE, EXAMINING ATTORNEY

**EXHIBIT** _B_

## ZOE MARKETING, INC.

1. Trademark:



2. Slogan:

**LOOK FOR THE TRIANGLE**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV09- 7495 SVW (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ZOE MARKETING, INC., a Nevada corporation; VICTORY
TEAM APPAREL INC., a California corporation; and
CAMPUS TEAM WEAR, INC., a California corporation

PLAINTIFF(S)

v.

VARSITY BRANDS, INC., a Delaware
corporation

DEFENDANT(S).

CASE NUMBER

**CV09-7495** SVW (MANx

**SUMMONS**

TO:   DEFENDANT(S): <u>VARSITY BRANDS, INC., a Delaware corporation</u>

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [X] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _____ , whose address is _____ . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: **OCT 1 5 2009** _____

By: _*Natalie Hongyang*_
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐ )

ZOE MARKETING, INC., a Nevada corporation; VICTORY
TEAM APPAREL INC., a California corporation; and
CAMPUS TEAM WEAR, INC., a California corporation

**DEFENDANTS**

VARSITY BRANDS, INC., a Delaware
corporation

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

OLIVIA GOODKIN
RUTTER HOBBS & DAVIDOFF INCORPORATED
1901 Avenue of the Stars
Suite 1700
Los Angeles, California 90067-6018
(310) 286-1700

**Attorneys** (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

---

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ✓ No       ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

---

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Plaintiffs are seeking a declaration of their rights under 15 U.S.C. Sections 1114
(the Lanham Act) with respect to the parties' trademarks.

---

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury- Med Malpractice
☐ 365 Personal Injury- Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☒ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

---

**FOR OFFICE USE ONLY:** Case Number: **CV09-7495**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                 CIVIL COVER SHEET                 Page 1 of 2
CCD-JS44

**CIVIL COVER SHEET**

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No [ ] Yes

If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No [ ] Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  [ ]  A. Arise from the same or closely related transactions, happenings, or events; or

[ ]  B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]  C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]  D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ]  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | San Diego (for all Plaintiffs) |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ]  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Tennessee |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

Note: In land condemnation cases, use the location of the tract of land involved

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _Olivia Goodkin_  Date October 15, 2009

  OLIVIA GOODKIN

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |